UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KAMISHLIAN, ROBERT | § | Case No. 6:13-bk-05826-CCJ |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Carla Musselman, Trustee_____
                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1
Exhibit A

| | | |
|---|---|---|
| Case No: | 13-05826    CCJ    Judge: Cynthia C. Jackson | Trustee Name:    Carla Musselman, Trustee |
| Case Name: | KAMISHLIAN, ROBERT | Date Filed (f) or Converted (c):    05/09/13 (f) |
| | | 341(a) Meeting Date:    06/19/13 |
| For Period Ending: 09/29/14 | | Claims Bar Date:    10/21/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Porperty: 140 Hitching Posting Dr, Daytona Be | 130,795.00 | 0.00 | OA | 0.00 | FA |
| 2. Wells Fargo Bank Checking Account | 1.00 | 0.00 | | 0.00 | FA |
| 3. Wells Fargo Savings Account | 60.00 | 0.00 | | 0.00 | FA |
| 4. Bank of America Checking Account | 300.00 | 300.00 | | 0.00 | FA |
| 5. Bank of America Savings Account | 750.00 | 750.00 | | 0.00 | FA |
| 6. Household Goods and Furnishings | 1,000.00 | 61.00 | | 0.00 | FA |
| 7. Clothes | 50.00 | 50.00 | | 0.00 | FA |
| 8. Jewelry | 100.00 | 100.00 | | 0.00 | FA |
| 9. Sporting Goods | 100.00 | 100.00 | | 0.00 | FA |
| 10. KRK Appraisal Services LLC - business closed | 0.00 | 0.00 | | 0.00 | FA |
| 11. 2004 Mitsubishi Lancer - VIN:JA3AJ26E84U025211 | 4,000.00 | 3,250.00 | | 3,250.00 | FA |
| 12. 2012 Hyundai Veloster - VIN: KMHTC6AD7CU078745 | 17,000.00 | 0.00 | OA | 0.00 | FA |
| 13. 1989 Chevrolet Blazer | 400.00 | 0.00 | OA | 0.00 | FA |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No:        13-05826     CCJ    Judge: Cynthia C. Jackson                Trustee Name:                     Carla Musselman, Trustee
Case Name:      KAMISHLIAN, ROBERT                                           Date Filed (f) or Converted (c):  05/09/13 (f)
                                                                             341(a) Meeting Date:              06/19/13
                                                                             Claims Bar Date:                  10/21/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. 2013 Income Tax Refund (u) | Unknown | 0.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $154,556.00 | $4,611.00 | | $3,250.00 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

07/03/13: 341 meeting held and concluded

07/13: Notice of assets.

10/24/13: Trustee reviewed claims.

06/21/14:  Trustee reviewed claims again.


RE PROP# 1---10/25/13:  Notice of Abandonment filed

RE PROP# 4---05/13: Debtor amended and removed the Wild Card exemption

RE PROP# 5---05/13: Debtor amended and removed the Wild Card exemption

RE PROP# 6---06/19/13: Debtor amended and claimed a $939.00 exemption

RE PROP# 7---05/13: Debtor amended and removed the Wild Card exemption

RE PROP# 8---05/13: Debtor amended and removed the Wild Card exemption

RE PROP# 9---05/13: Debtor amended and removed the Wild Card exemption

RE PROP# 11---06/19/13: Debtor amended and exempted $1,000.00.

  07/09/13: Negotiated buyback of $3,250.00 over time beginning 07/25/13

  08/13: Received original title in the name of Robert Kamishlian and executed buyback agreement

  10/25/13:  Notice of Intent to Sell filed

  04/30/14:  Report of Sale filed and original title mailed to debtor certified

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

Exhibit A

| | | |
|---|---|---|
| Case No: | 13-05826    CCJ    Judge: Cynthia C. Jackson | Trustee Name: Carla Musselman, Trustee |
| Case Name: | KAMISHLIAN, ROBERT | Date Filed (f) or Converted (c): 05/09/13 (f) |
| | | 341(a) Meeting Date: 06/19/13 |
| | | Claims Bar Date: 10/21/13 |

RE PROP# 12---10/25/13: Notice of Abandonment filed

RE PROP# 13---10/25/13: Notice of Abandonment filed

RE PROP# 14---2012 income tax refund was $3,628.00 with no EIC

  07/09/13: Debtor executed income tax refund agreement and agrees to turn over the refund and apply the exempt portion to

  the buyback.

  12/24/13: IRS intercept letter mailed to IRS

  02/17/14:  Income Tax Return / Refund reminder mailed to debtor

  Received a copy of return indicating no refund due and no taxes due


Initial Projected Date of Final Report (TFR): 05/31/14      Current Projected Date of Final Report (TFR): 10/31/14

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 13-05826 -CCJ | Trustee Name: | Carla Musselman, Trustee |
|---|---|---|---|
| Case Name: | KAMISHLIAN, ROBERT | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******3578  Checking Account |
| Taxpayer ID No: | *******6219 | | |
| For Period Ending: | 09/29/14 | Blanket Bond (per case limit): | $ 35,986,568.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/18/13 | | ROBERT KAMISHLIAN  140 HITCHING POSTING DR  DAYTONA BEACH, FL  32119 | Buyback Installment | 1129-000 | 325.00 | | 325.00 |
| 07/18/13 | 11 | Asset Sales Memo: | 2004 Mitsubishi Lancer - VIN:JA3AJ26E84U025211  $325.00 | | | | 325.00 |
| 08/20/13 | | ROBERT KAMISHLIAN  140 HITCHING POSTING DR  DAYTONA BEACH, FL  32119 | Buyback Installment | 1129-000 | 325.00 | | 650.00 |
| 08/20/13 | 11 | Asset Sales Memo: | 2004 Mitsubishi Lancer - VIN:JA3AJ26E84U025211  $325.00 | | | | 650.00 |
| 09/20/13 | | ROBERT KAMISHLIAN  140 HITCHING POSTING DR  DAYTONA BEACH, FL  32119 | Buyback Installment | 1129-000 | 325.00 | | 975.00 |
| 09/20/13 | 11 | Asset Sales Memo: | 2004 Mitsubishi Lancer - VIN:JA3AJ26E84U025211  $325.00 | | | | 975.00 |
| 10/21/13 | | ROBERT KAMISHLIAN  140 HITCHING POSTING DR  DAYTONA BEACH, FL  32119 | Buyback Installment | 1129-000 | 325.00 | | 1,300.00 |
| 10/21/13 | 11 | Asset Sales Memo: | 2004 Mitsubishi Lancer - VIN:JA3AJ26E84U025211  $325.00 | | | | 1,300.00 |
| 11/19/13 | | ROBERT KAMISHLIAN  140 HITCHING POSTING DR  DAYTONA BEACH, FL  32119 | Buyback Installment | 1129-000 | 325.00 | | 1,625.00 |
| 11/19/13 | 11 | Asset Sales Memo: | 2004 Mitsubishi Lancer - VIN:JA3AJ26E84U025211  $325.00 | | | | 1,625.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 13-05826 -CCJ | | Trustee Name: | Carla Musselman, Trustee |
| Case Name: | KAMISHLIAN, ROBERT | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******3578  Checking Account |
| Taxpayer ID No: | *******6219 | | | |
| For Period Ending: | 09/29/14 | | Blanket Bond (per case limit): | $ 35,986,568.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,610.00 |
| 12/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,595.00 |
| 12/30/13 | | ROBERT KAMISHLIAN<br>140 HITCHING POSTING DR<br>DAYTONA BEACH, FL  32119 | Buyback Installment | 1129-000 | 325.00 | | 1,920.00 |
| 12/30/13 | 11 | Asset Sales Memo: | 2004 Mitsubishi Lancer - VIN:JA3AJ26E84U025211  $325.00 | | | | 1,920.00 |
| 01/23/14 | | ROBERT KAMISHLIAN<br>140 HITCHING POSTING DR<br>DAYTONA BEACH, FL  32119 | Buyback Installment | 1129-000 | 325.00 | | 2,245.00 |
| 01/23/14 | 11 | Asset Sales Memo: | 2004 Mitsubishi Lancer - VIN:JA3AJ26E84U025211  $325.00 | | | | 2,245.00 |
| 01/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,230.00 |
| 02/24/14 | | ROBERT KAMISHLIAN<br>140 HITCHING POSTING DR<br>DAYTONA BEACH, FL  32119 | Buyback Installment | 1129-000 | 325.00 | | 2,555.00 |
| 02/24/14 | 11 | Asset Sales Memo: | 2004 Mitsubishi Lancer - VIN:JA3AJ26E84U025211  $325.00 | | | | 2,555.00 |
| 02/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,540.00 |
| 03/24/14 | | ROBERT KAMISHLIAN<br>140 HITCHING POSTING DR<br>DAYTONA BEACH, FL  32119 | Buyback Installment | 1129-000 | 325.00 | | 2,865.00 |
| 03/24/14 | 11 | Asset Sales Memo: | 2004 Mitsubishi Lancer - | | | | 2,865.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM2T4

Ver: 18.01

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 13-05826 -CCJ | | Trustee Name: | Carla Musselman, Trustee |
|---|---|---|---|---|
| Case Name: | KAMISHLIAN, ROBERT | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******3578  Checking Account |
| Taxpayer ID No: | *******6219 | | | |
| For Period Ending: | 09/29/14 | | Blanket Bond (per case limit): | $ 35,986,568.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | VIN:JA3AJ26E84U025211  $325.00 | | | | |
| 03/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,850.00 |
| 04/24/14 | | ROBERT KAMISHLIAN<br>140 HITCHING POSTING DR<br>DAYTONA BEACH, FL  32119 | Buyback Installment | 1129-000 | 325.00 | | 3,175.00 |
| 04/24/14 | 11 | Asset Sales Memo: | 2004 Mitsubishi Lancer -<br>VIN:JA3AJ26E84U025211  $325.00 | | | | 3,175.00 |
| 04/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,160.00 |

| Account *******3578 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 20 | | Deposits | 3,250.00 | 0 | Checks | 0.00 |
| 0 | | Interest Postings | 0.00 | 6 | Adjustments Out | 90.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 3,250.00 | | | |
| | | | | | Total | $ 90.00 |
| 0 | | Adjustments In | 0.00 | | | |
| 0 | | Transfers In | 0.00 | | | |
| | | Total | $ 3,250.00 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

LFORM2T4

Ver: 18.01

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit B

| Case No: | 13-05826 -CCJ | Trustee Name: | Carla Musselman, Trustee |
| Case Name: | KAMISHLIAN, ROBERT | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******3578  Checking Account |
| Taxpayer ID No: | *******6219 | | |
| For Period Ending: | 09/29/14 | Blanket Bond (per case limit): | $ 35,986,568.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

# Middle District of Florida
# Claims Register

*Trustee reviewed claims 06/21/14* [handwritten]

### 6:13-bk-05826-CCJ Robert Kamishlian

**Judge:** Cynthia C. Jackson  **Chapter:** 7
**Office:** Orlando  **Last Date to file claims:** 10/21/2013 ✓
**Trustee:** Carla P Musselman  **Last Date to file (Govt):**

| Creditor: (23695378) ✓<br>Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | **Claim No: 1**<br>Original Filed<br>Date: 07/24/2013<br>Original Entered<br>Date: 07/24/2013 | Status:<br>Filed by: CR<br>Entered by: Discover Bank DB Servicing Corp (RC)<br>Modified: |
|---|---|---|
| **Amount claimed: $6255.12** ✓ | | |

| History: | | |
|---|---|---|
| Details | 1-1 | 07/24/2013 | Claim #1 filed by Discover Bank, Amount claimed: $6255.12 (Discover Bank DB Servicing Corp (RC)) |

**Description:** cc
**Remarks:** 9415

| Creditor: (23763908) ✓<br>Sheridan Healthcorp Inc.<br>c/o NRS<br>PO Box 8005<br>Cleveland, TN 37320-8005 | **Claim No: 2**<br>Original Filed<br>Date: 08/13/2013<br>Original Entered<br>Date: 08/13/2013 | Status:<br>Filed by: CR<br>Entered by: Nationwide Recovery Services (TM)<br>Modified: |
|---|---|---|
| **Amount claimed: $6394.00** ✓ | | |

| History: | | |
|---|---|---|
| Details | 2-1 | 08/13/2013 | Claim #2 filed by Sheridan Healthcorp Inc., Amount claimed: $6394.00 (Nationwide Recovery Services (TM)) |

**Description:** Svcs
**Remarks:** 5527

| Creditor: (23443743) ✓<br>Farmers Insurance Group<br>PO Box 36911<br>Los Angeles, CA 90036 | **Claim No: 3**<br>Original Filed<br>Date: 08/13/2013<br>Original Entered<br>Date: 08/13/2013 | Status:<br>Filed by: CR<br>Entered by: AC<br>Modified: |
|---|---|---|

| History: | | |
|---|---|---|
| Details | 3-1 | 08/13/2013 | Claim #3 filed by Farmers Insurance Group, Amount claimed: $4801.65 (Ahyen) |

**Description:** VISA
**Remarks:** 9248

| Amount claimed: | $4801.65 ✓ | | |
|---|---|---|---|
| History: | | | |
| Details | 3-1 | 08/13/2013 | Claim #3 filed by Farmers Insurance Group, Amount claimed: $4801.65 (Ahyen) |
| Description: | 9248 | | |
| Remarks: | | | |

| Creditor: (23922747) American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim No: 4 Original Filed Date: 09/30/2013 Original Entered Date: 09/30/2013 | Status: Filed by: CR Entered by: Thomas A Lee, III Modified: |
|---|---|---|
| Amount claimed: $3993.51 ✓ | | |
| History: | | |
| Details  4-1  09/30/2013 | Claim #4 filed by American Express Bank, FSB, Amount claimed: $3993.51 (Lee, Thomas) | |
| Description: (4-1) CREDIT CARD DEBT | | |
| Remarks: 1007 | | |

| Creditor: (23935436) MERRICK BANK Resurgent Capital Services PO Box 10368 Greenville, SC 29603-0368 | Claim No: 5 Original Filed Date: 10/02/2013 Original Entered Date: 10/02/2013 | Status: Filed by: CR Entered by: Resurgent Capital Services Modified: |
|---|---|---|
| Amount claimed: $2991.25 ✓ | | |
| Secured claimed: $0.00 | | |
| History: | | |
| Details  5-1  10/02/2013 | Claim #5 filed by MERRICK BANK, Amount claimed: $2991.25 (Resurgent Capital Services) | |
| Description: CC | | |
| Remarks: 6386 | | |

| Creditor: (23950867) American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim No: 6 Original Filed Date: 10/08/2013 Original Entered Date: 10/08/2013 | Status: Filed by: CR Entered by: Thomas A Lee, III Modified: |
|---|---|---|
| History: | | |
| Details  6-1  10/08/2013 | Claim #6 filed by American Express Bank, FSB, Amount claimed: $548.20 (Lee, Thomas) | |
| Description: (6-1) CREDIT CARD DEBT | | |
| Remarks: 1002 | | |

| | |
|---|---|
| Amount claimed: | $548.20 |

**History:**

| Details | 6-1 | 10/08/2013 | Claim #6 filed by American Express Bank, FSB, Amount claimed: $548.20 (Lee, Thomas) |
|---|---|---|---|

Description: (6-1) CREDIT CARD DEBT
Remarks: 1002

---

**Creditor:** (23962680)
Ashley Funding Services, LLC its successors and
assigns as assignee of Laboratory Corporation of America Holdings
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Claim No: 7**
Original Filed Date: 10/11/2013
Original Entered Date: 10/11/2013

**Status:**
Filed by: CR
Entered by: Resurgent Capital Services
Modified:

| Amount claimed: | $370.00 |
|---|---|
| Secured claimed: | $0.00 |

**History:**

| Details | 7-1 | 10/11/2013 | Claim #7 filed by Ashley Funding Services, LLC its successors and, Amount claimed: $370.00 (Resurgent Capital Services) |
|---|---|---|---|

Description: CC
Remarks: 1610

---

*[handwritten: LATE, unsecured]*

**Creditor:** (24506970)
eCAST Settlement Corporation
c/o Bass & Associates, P.C.
3936 E Ft. Lowell, Suite 200
Tucson, AZ 85712    Claimant
History

**Claim No: 8**
Original Filed Date: 10/29/2013
Original Entered Date: 10/29/2013 ✓

**Status:** Transfer of Claim 20
Filed by: CR
Entered by: Bass & Associates, PC (KLM)
Modified:

| Amount claimed: | $3116.11 ✓ |
|---|---|

**History:**

| Details | 8-1 | 10/29/2013 | Claim #8 filed by Capital One, N.A., Amount claimed: $3116.11 (Bass & Associates, PC (KLM)) |
|---|---|---|---|
| | 20 | 04/22/2014 | Joint Notice of Transfer/Assignment of Claim. (Fee Paid.). Filed by Creditor eCAST Settlement Corporation. (Watkins, Jaime) Status: Transfer of Claim |

Description: Best Buy
Remarks: 0204

---

**History:**

| Details | 9-1 | 11/18/2013 | Claim #9 filed by Citibank, N.A., Amount claimed: $3863.54 (Auto-Claim Filer) |
|---|---|---|---|
| | 19 | 11/20/2013 | Withdrawal of Claim(s): 9 Filed by Creditor CITIBANK, N.A.. (American InfoSource (LW)) Status: Withdrawal of Claim |

Description:
Remarks: (9-1) Account Number (last 4 digits):7170

*Invalid*

| Creditor: (24083957)<br>Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Claim No: 9<br>Original Filed<br>Date: 11/18/2013<br>Original Entered<br>Date: 11/18/2013 | Status: Withdrawal of Claim 19<br>Filed by: CR<br>Entered by: Auto-Claim Filer<br>Modified: |
|---|---|---|
| Amount claimed: $3863.54 | | |

| History: | | | |
|---|---|---|---|
| Details | 9-1 | 11/18/2013 | Claim #9 filed by Citibank, N.A., Amount claimed: $3863.54 (Auto-Claim Filer) |
| | 19 | 11/20/2013 | Withdrawal of Claim(s): 9 Filed by Creditor CITIBANK, N.A.. (American InfoSource (LW)) Status: Withdrawal of Claim |
| Description: | | cc | |
| Remarks: | (9-1) Account Number (last 4 digits):7170 | | |

## Claims Register Summary

Case Name: Robert Kamishlian
Case Number: 6:13-bk-05826-CCJ
Chapter: 7
Date Filed: 05/09/2013
Total Number Of Claims: 9

| Total Amount Claimed* | $32333.38 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| Secured | $0.00 | |
| Priority | | |
| Administrative | | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/21/2014 14:25:49 | | | |
| PACER Login: | cm1112 | Client Code: | |
| Description: | Claims Register | Search Criteria: | 6:13-bk-05826-CCJ Filed or Entered From: 1/1/2013 Filed or Entered To: 12/31/2014 |
| Billable Pages: | 1 | Cost: | 0.10 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 6:13-bk-05826-CCJ
Case Name: KAMISHLIAN, ROBERT
Trustee Name: Carla Musselman, Trustee

   Balance on hand                     $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Carla Musselman, Trustee | $ | $ | $ |
| Trustee Expenses: Carla Musselman, Trustee | $ | $ | $ |

  Total to be paid for chapter 7 administrative expenses    $_____
  Remaining Balance                  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

 Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 01 | DISCOVER BANK | $ | $ | $ |
| 02 | SHERIDAN HEALTHCORP INC. | $ | $ | $ |
| 03 | FARMERS INSURANCE GROUP | $ | $ | $ |
| 04 | AMERICAN EXPRESS BANK, FSB | $ | $ | $ |
| 05 | MERRICK BANK | $ | $ | $ |
| 06 | AMERICAN EXPRESS BANK, FSB | $ | $ | $ |
| 07 | ASHLEY FUNDING SERVICES, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors         $_____

Remaining Balance         $_____

Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 08 | ECAST SETTLEMENT CORP | $ | $ | $ |

Total to be paid to tardy general unsecured creditors    $_____

Remaining Balance    $_____


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE